# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION
# CASE NO. 2:15-CV-00052-DLB-JGW

**BRANDI STEWART,** *et al.*                                             **PLAINTIFFS**

v.

**BOONE COUNTY, KENTUCKY,** *et al.*                                **DEFENDANTS**

## AGREED ORDER

Upon agreement of the parties, and the Court being otherwise sufficiently advised and informed, IT IS HEREBY ORDERED that the time for filing of the Response to Plaintiff's Motion for Partial Summary Judgment (Doc. 90) and the Reply Memoranda in Support of Defendants' Motion for Summary Judgment and *Daubert* challenges (Doc. 68, 86, 87, 88, 89), be and is hereby extended to December 20, 2016.

**SO ORDERED** this _____ day of _____, 2016

_____
HON. DAVID L. BUNNING
Judge, U.S. District Court

Have Seen and Agreed:

| | |
|---|---|
| */s/ Jeffrey C. Mando* | */s/ Alphonse A. Gerhardstein* |
| Jeffrey C. Mando, Esq. (#43548) | **(per authorization)** |
| Louis D. Kelly, Esq. (#92094) | Alphonse A. Gerhardstein, Esq. |
| ADAMS, STEPNER, | Gerhardstein & Branch, Co. LPA |
| WOLTERMANN & DUSING, PLLC | 432 Walnut Street |
| 40 West Pike Street | Suite 400 |
| Covington, KY 41011 | Cincinnati, OH 45202 |
| 859.394.6200 | 513.246.1060 |
| 859.392.7263 – Fax | 513.345.5543 - Fax |
| jmando@aswdlaw.com | AGerhardstein@gbfirm.com |
| lkelly@aswdlaw.com | |
| | *Attorney for Plaintiffs* |
| *Attorneys for Defendants, Tyler Brockman, individually and in his official capacity as a Boone County Deputy Sheriff; Boone County, Kentucky; and, Michael Helmig, in his official capacity as the Boone County Sheriff* | |