Eastern District of Kentucky
FILED
JAN 10 2017
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| BRANDI STEWART, *et al.*, | : |
| | : Case No. 2:15-cv-52 |
| Plaintiffs, | : |
| | : Judge David L. Bunning |
| v. | : |
| | : Magistrate Judge J. Gregory |
| TYLER BROCKMAN, *et al.*, | : Wehrman |
| | : |
| | : **PROPOSED AGREED ENTRY OF** |
| Defendants. | : **DISMISSAL** |
| | : |
| | : |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby dismiss this case, with prejudice, the parties to bear their own fees and costs consistent with the settlement agreement. The Court shall retain jurisdiction over the case for the sole purpose of enforcing the settlement agreement entered into by the parties.

SO ORDERED: 10 Jan. 17

_____
David L. Bunning
United States District Judge

Signed By:
*David L. Bunning*
United States District Judge

Agreed:

| | |
|---|---|
| s/Adam Gerhardstein | s/Jeffrey C. Mando |
| Alphonse A. Gerhardstein | Jeffrey C. Mando |
| *Trial Attorney for All Plaintiffs* | Louis D. Kelly |
| Adam Gerhardstein | Adams, Stepner, Woltermann & Dusing, PLLC |
| Attorney for Plaintiffs | 40 West Pike Steet |
| Gerhardstein & Branch, Co LPA | Covington, KY 41012 |
| 441 Vine Street, Suite 3400 | (859) 394-6200 |
| Cincinnati, Ohio 45202 | (759) 392-7263 Fax |
| (513) 621-9100 | jmando@aswdlaw.com |
| Fax (513) 345-5543 | lkelly@aswdlaw.com |
| agerhardstein@gbfirm.com | *Attorneys for Defendants Tyler Brockman,* |
| adamgerhardstein@gbfirm.com | *individually and in his official capacity as a* |

1

| | |
|---|---|
| Colleen M. Hegge<br>8667 HWY 42, Suite 300<br>Union, Kentucky 41091<br>(859) 384-4300 ext. 101<br>chegge@nkyattorney.org<br>*Attorney for Plaintiffs Tevin Harmon, Chelsey Pendleton and Bobby Turner*<br><br>Gary F. Franke<br>Michael O'Neill<br>GARY F. FRANKE CO., L.P.A.<br>*Attorneys for Plaintiff Brandi Stewart*<br>120 East 4th Street - Suite 1040<br>Cincinnati, Ohio 45202<br>(513) 564-9222<br>Fax (513) 564-9990<br>gff@garyfrankelaw.com<br>MDC@garyfrankelaw.com<br><br>Ryan J. Reed<br>Law Office of Ryan J. Reed, PLLC<br>2216 Dixie Highway, Ste. 203<br>Ft. Mitchell, KY 41017<br>(859) 307-9000<br>Fax (859) 491-9854<br>reed.law@live.com<br>*Attorney for Plaintiffs Tevin Harmon, Chelsey Pendleton and Bobby Turner* | *Boone County Deputy Sheriff; Boone County Kentucky, and Michael Helmig, in his official capacity as the Boone County Sheriff* |